**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**FIRST SECURITY BANK and
MICHAEL D. WATSON**                                                        **PLAINTIFFS**

**VS.**                                          **CIVIL ACTION NO. 2:10-CV-00045-WAP-DAS**

**SANTANDER CONSUMER USA, INC.,
A/K/A DRIVE FINANCIAL, and RICKEY LOVE**                         **DEFENDANTS**

**AGREED ORDER REMANDING ACTION
TO STATE COURT**

THE ABOVE ENTITLED ACTION came on regularly to be heard before the Court this day on the plaintiffs' Motion to Remand to State Court, with Supporting Memorandum Brief (dkt 4, 5), and the *ore tenus* motion of the plaintiffs, First Security Bank and Michael D. Watson, and the defendant, Santander Consumer USA, Inc., successor in interest to Drive Financial, LLC, and the Court being fully advised in the premises and good reason appearing therefore finds and rules as follows:

THAT the defendant, Rickey Love, has not entered an appearance nor filed any pleadings in the above styled matter;

THAT the plaintiffs, First Security Bank and Michael D. Watson, and the defendant, Santander Consumer USA, Inc., successor in interest to Drive Financial, LLC, have reached an agreement to compromise this action between them and desire that this action be remanded to State Court for an entry of an Agreed Final Declaratory Judgment setting forth their agreement;

THEREFORE, IT IS ORDERED AND ADJUDGED that this action be and the same is hereby REMANDED to the Circuit Court of Tunica County, Mississippi, cause number 2010-0069, and the Clerk of this Court shall take the appropriate steps, including mailing a certified copy of this Order to the Circuit Court Clerk of Tunica County, Mississippi, P.O. Box 184, Tunica, MS 38676. Further, each party shall bear their respective costs, fees and expenses.

SO ORDERED AND ADJUDGED this the 19th day of July, 2010.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE


APPROVED AND SUBMITTED BY:

/s/ A. Thomas Tucker III
A. THOMAS TUCKER III
MS Bar No. 100983
TUCKER, SELDEN & TUCKER, PLLC
1245 Main Street
P.O. Box 68
Tunica, MS 38676
ATTORNEYS FOR PLAINTIFFS

/s/ P. Ryan Beckett
P. RYAN BECKETT
MS Bar No. 99524
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
1020 Highland Colony Parkway, Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
ATTORNEYS FOR DEFENDANT, SANTANDER CONSUMER USA, INC.